WILLIAM ATES, *Appellant,* v. JOHN L. LANGLEY, *Appellee.*

Where an entry of appeal is filed and recorded on July 7th and made returnable October 6th, the appeal will be dismissed, as the statute requires the return day to be more than thirty days and not more than ninety days from the date of the appeal, the period from July 7th to October 6th being more than ninety days.

This case was decided by Division A.

Appeal from the Circuit Court for Santa Rosa County.

The facts in the case are stated in the opinion of the court.

*Laird & McGeachy,* for Appellant;

*W. W. Clark,* for Appellee.

PER CURIAM.—The entry of appeal in this cause was filed and recorded on July 7th, 1910, and made returnable October 6th, 1910.

Chapter 5638, Acts of 1907, requires that a writ of error "shall be returnable to a day either in term time or vacation more than thirty days and not more than ninety days from the date of the writ." Under section 1912, of the General Statutes of 1906, an appeal in a chancery cause is governed as to the return day by the provisions as to writs of error. Parker v. Evening News Publishing Co., 54 Fla., 482, 44 South. Rep., 718.

As October 6th is "more than ninety days from the date of the" appeal, the entry of appeal is not made in accordance with the statue and the appeal is .dismissed.

WHITFIELD, C. J., and SHACKLEFORD and COCKRELL, J. J., concur;

TAYLOR, HOCKER and PARKHILL, J. J., concur in the opinion.